# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAWRENCE DANIELLE,**
Appellant,

v.

**MOSHE SHEMESH,** et al.,
Appellee.

No. 4D20-1644

[January 14, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 18-010632 (05).

Michael B. Manes of Michael B. Manes, P.A., Plantation, for appellant.

Jed R. Friedman of Jed R. Friedman, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***